876

No. 993.   BROOKS *v.* RAGEN, WARDEN.   April 9, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 994.   PETERSEN *v.* NEW YORK.   April 9, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied.   [See 267 App. Div. 882, 47 N. Y. S. 2d 316.]

No. 997.   WILLIAMS *v.* UNITED STATES.   April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Gustave A. Gerber* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 868.   BOWEN *v.* JOHNSTON, WARDEN.   April 9, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Hugh A. Bowen, pro se.   Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 909.   STUMPF *v.* SANFORD, WARDEN.   April 9, 1945. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied for the reason that application therefor was not made within the time provided by law.   § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.   The motion for other relief is also denied.   *Henry John Stumpf, Jr., pro se.   Solicitor General Fahy* for respondent.